|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3697 |
| 6 | FAX: (510) 637-3724 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GURMAIL SINGH, | ) | |
|---|---|---|
| | ) | No. C 09-3931 JL |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO VACATE HEARING** |
| v. | ) | **DATE AND TO EXTEND ANSWER** |
| | ) | **DEADLINE; AND [PROPOSED] ORDER** |
| ALEJANDRO MAYORKAS, | ) | |
| Director, United States Citizenship and | ) | |
| Immigration Services, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to approval of the Court, to vacate the hearing date on Plaintiff's Motion for Summary Judgment and to extend the deadline for the filing of Defendant's Anwer in the above-entitled action in light of the following:

1. Plaintiff filed this action on August 26, 2009, seeking an order directing the United States Citizenship and Immigration Services (USCIS) to issue a travel document to the plaintiff's son or to forward written notice to plaintif stating the basis for the denial of a travel document.

2. The Defendant is currently required to file an Answer no later than October 26, 2009.

3. Plaintiff filed a motion for summary judgment on October 13, 2009, and set a hearing date of November 25, 2009.

STIPULATION TO VACATE HEARING DATE AND EXTEND ANSWER DEADLINE
C 09-3931 JL                                          1

4. In light of the fact that there is a reasonable possibility that this case may become moot in the next sixty days, the parties agree to: (a) vacate the hearing date on Plaintiff's Motion for Summary Judgment (currently scheduled for November 25, 2009); and (b) extend the deadline for Defendant's Answer to December 28, 2009.

5. If the case does not become moot in the next sixty days, Defendant will file his Answer no later than December 28, 2009, and Plaintiff will re-notice a hearing date on his Motion for Summary Judgment.

Dated: October 20, 2009                   Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          /s/
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorneys for Defendant


Dated: October 20, 2009                   /s/
                                          JONATHAN M. KAUFMAN
                                          Attorney for Plaintiff


### [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that:

1. The hearing date on Plaintiff's Motion for Summary Judgment is vacated.

2. The deadline for the filing of Defendant's Answer is extended to December 28, 2009.


Date:  _____/s/ James Larson_____
11/12/09    JAMES LARSON
            United States Magistrate Judge

STIPULATION TO VACATE HEARING DATE AND EXTEND ANSWER DEADLINE
C 09-3931 JL                                    2