1 JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
4
5   1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3697
6   FAX: (510) 637-3724

7 Attorneys for Defendant

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   GURMAIL SINGH,                    )
12                                   )  No. C 09-3931 JL
                                     )
13           Plaintiff,              )
                                     )  **STIPULATION TO DISMISS; AND**
14       v.                          )  **[PROPOSED] ORDER**
                                     )
15 ALEJANDRO MAYORKAS,               )
   Director, United States Citizenship and )
16 Immigration Services,             )
                                     )
17           Defendant.              )
                                     )
18 _____)

19     Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of

20 record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action

21 without prejudice in light of the fact that American Embassy in New Delhi has received

22 authorization to process a travel document for the plaintiff's son and the plaintiff's son is

23 scheduled for an interview on January 7, 2010

24 //
25 //
26 //
27 //
28 //

STIPULATION TO DISMISS
C 09-3931 JL                              1

| | | |
|---|---|---|
| 1 | Dated: December 15, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 6 | | |
| 7 | Dated: December 15, 2009 | /s/<br>JONATHAN M. KAUFMAN |
| 8 | | Attorney for Plaintiff |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date: _____ /s/ James Larson
12/17/09         JAMES LARSON
                United States Magistrate Judge

STIPULATION TO DISMISS
C 09-3931 JL                                         2